**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JHON DANEL CARBONELL TORRES,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-00919-DB** |
| | § | |
| **PAM BONDI,** *et al.*, | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On April 8, 2026, the Court issued an "Order," ECF No. 7, granting in part Petitioner Jhon Danel Carbonell Torres' "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, By A Person Subject to Indefinite Immigration Detention," ECF No. 3, filed on April 2, 2026. Therein, the Court directed the Parties to file a joint notice advising the Court of any outstanding issues by April 16, 2026. ECF No. 7 at 4. On April 16, 2026, Respondents filed a "Joint Notice Report," ECF No. 12, advising they were unable to confer with Petitioner who is *pro se* because "Petitioner [was] in DHS custodial segregation due to behavioral violations per Immigration Customs Enforcement attorneys and Enforcement Removal Operation officials." ECF No. 12 at 1. As a result, the Court extended the joint notice deadline to April 30, 2026. *See* ECF No. 13. On April 30, 2026, Respondents filed a "Supplemental Joint Notice Report," ECF No. 16, advising the Court they conferred with Petitioner via phone and Petitioner agreed there were no remaining issues for the Court to address. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that District Clerk **SHALL CLOSE** this case.

**SIGNED** this **1st** day of **May 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**